**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------
ELLIS DOUGLAS,

                                    Plaintiff,

                    v.                                    No. 9:05-CV-1000
                                                           (GTS/DRH)

M. KETZER, Corr. Officer; R. CROSS, Corr.
Officer; G. KARASMANOS, Corr. Officer;
M. SUTTON, Corr. Officer; McGUIRE, Corr.
Officer,

                                    Defendants.
----------------------------------------------------------------


### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by United States Magistrate Judge David R. Homer

that the parties in the above-captioned case have reported to him that the case has been

settled.  Counsel has also advised Judge Homer that no infant or incompetent is a party to

this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

**ORDERED** that:

1. The above-captioned case is hereby **DISMISSED** in its entirety **without

prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of

the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above-captioned case shall become **with prejudice**

on the thirty-first day after the date of the filing of this order unless any party moves to

 re-open this case within thirty (30) days of the date of the filing of this order upon a

showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

DATED: August 6, 2009
      Albany, New York

Hon. Glenn T. Suddaby
U.S. District Judge